AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

### V.

Valdina Aries Santos

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1834-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___from 8-9-04 through 12-8-04___ in ___Worcester___ county, in the

_____ District of ___Massachusetts___ defendant(s) did, (Track Statutory Language of Offense)

knowingly and without lawful authority, transfer and attempt to transfer false identification documents, and did use and sell and attempt to use and sell as true and genuine, false and forged documentary evidence required or authorized by law relating to the registry of aliens in false naturalization, citizenship and registry documents

in violation of Title ___18___ United States Code, Section(s) ___1028(a)(2) and 1426(b)___ .

I further state that I am a(n) ___Senior Special Agent___ and that this complaint is based on the following
 Official Title

facts:

See attched affidavit of ICE Senior Special Agent Nicole Cosola, incorporated herein by reference.

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

*Nicole M. Cosola*
Signature of Complainant

Sworn to before me and subscribed in my presence,

___12-08-2004___
Date

at ___Worcester, MA___
City and State

Charles B. Swartwood, III
U.S. Magistrate Judge

Signature of Judicial Officer

Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.