**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )   CRIMINAL ACTION
                               )   NO. 04-1834-CBS
VALDINA ARIES SANTOS,          )
          Defendant,           )
_____)
```

**ORDER OF DETENTION**
**December 8, 2004**

**SWARTWOOD, M.J.**

    I.   <u>Nature Of The Offense And The Government's Motion</u>

On December 8, 2004, a Criminal Complaint was filed charging Valdina Aries Santos ("Ms. Santos") with knowingly and without lawful authority, transferring and attempting to transfer false identification documents, and did use and sell and attempt to use and sell as true and genuine, false and forged documentary evidence required or authorized by law relating to the registry of aliens in false naturalization, citizenship and registry documents, in violation of 18 U.S.C. §§1028(a)(2) and 1426(b).

On December 8, 2004, Ms. Santos appeared before me for her initial appearance and at that time, I advised her of her right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1

and the Government moved for detention in connection with 18 U.S.C. §3142(f)(2)(A)(risk of flight).

At this initial appearance, Ms. Santos waived her right to a probable cause hearing and assented to an Order of Detention, but reserved her right to a detention hearing in the future.

## II.  Order of Detention Pending Trial

In accordance with the foregoing memorandum,

IT IS ORDERED:

1.  That Ms. Santos be committed to the custody of the Attorney General, or his designated representative, for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  That Ms. Santos be afforded a reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request by an attorney for the Government, the person in charge of the corrections facility in which Ms. Santos is detained and confined shall deliver Ms. Santos to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

<u>RIGHT OF APPEAL</u>

THE PERSON OR PERSONS DETAINED BY THIS ORDER MAY FILE A MOTION FOR REVOCATION OR AMENDMENT OF THE ORDER PURSUANT TO 18 U.S.C. § 3145(b).

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE